IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ROCKY DOWD,

    Plaintiff,

vs.                                CASE NO.: 4:04cv320-SPM/AK

ALBERTO GONZALES,
Attorney General,
United States Department of Justice,

    Defendant.
_____/

## ORDER OF DISMISSAL

Upon consideration of the consented motion to dismiss (doc. 37), pursuant to Federal Rule of Civil Procedure 41(a) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.    All pending motions are denied as moot.

2.    The clerk shall seal the settlement agreement (doc. 37-2).

3.    This case is dismissed with prejudice.

DONE AND ORDERED this 7th day of February, 2006.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge